IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | CIVIL NO. 6:14-cv-595 |
| JOHN PARKS TROWBRIDGE, JR., § | |
| BRIGHT FUTURE INVESTMENTS, INC, § | |
| IDEAL ABILITIES and § | |
| TYLER COUNTY TAX OFFICE, § | |
| § | |
| Defendants. § | |

## UNITED STATES' CERTIFICATE OF INTERESTED PERSONS

Plaintiff, United States of America, certifies to the Court that the following are financially interested or may be financially interested in the outcome of this litigation:

1. Plaintiff, United States of America;

2. Defendant, John Parks Trowbridge, Jr.;

3. Defendant, Bright Future Investments, Inc.;

4. Defendant, Ideal Abilities; and

5. Defendant, Tyler County Tax Office.

         JOHN MALCOLM BALES
         UNITED STATES ATTORNEY

         /s/ Joshua Smeltzer
         JOSHUA D. SMELTZER
         U.S. Department of Justice
         Attorney, Tax Division – CTS-SW
         Admitted pursuant to 28 U.S.C. §517
         717 N. Harwood, Suite 400
         Dallas, Texas 75201
         (214) 880 9735
         (214) 880 9741 (FAX)
         Joshua.D.Smeltzer@usdoj.gov

         ATTORNEY FOR UNITED STATES

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served on the defendants with the United States' Original Complaint.

/s/ Joshua Smeltzer
JOSHUA D. SMELTZER